Danny H. Cooprider
1703 W. Rovey Ave.
Phoenix, AZ 85015
Telephone: (602) 246-6154
Email: dhcooprider@gmail.com
Plaintiff, *In Propria Persona*

FILED LODGED
RECEIVED COPY
SEP 22 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Danny H. Cooprider**<br>Plaintiff,<br>v.<br>**Canyon Capital Fund LLC,**<br>a Wyoming limited liability company;<br>**Alex Wilkins**,<br>an individual;<br>**John Does 1-10**; and<br>**Roe Entities 1-10**,<br>Defendants. | Case No.: CV-26-4666-PHX-JJT<br><br>NOTICE OF SERVICE OF INITIAL DISCLOSURES |

Pursuant to LRCiv 5.2 and Fed. R. Civ. P. 5(d)(1)(A), Plaintiff Danny H. Cooprider gives notice that on September 22, 2026, he served Plaintiff's Initial Disclosures under Fed. R. Civ. P. 26(a)(1), together with the documents produced with them, Bates-numbered COOPRIDER-CCF-000001 through COOPRIDER-CCF-000102, and the Comprehensive Bates Log, on Defendants Canyon Capital Fund LLC and Alex Wilkins, through their counsel of record, by United States

mail, postage prepaid, with a courtesy copy transmitted the same day by electronic mail.

The parties stipulated to September 22, 2026 as the date for their initial disclosures at the Rule 26(f) conference held September 1, 2026. Fed. R. Civ. P. 26(a)(1)(C).

In accordance with Fed. R. Civ. P. 5(d)(1)(A) and LRCiv 5.2, the disclosures, the documents produced with them, and the Comprehensive Bates Log are not filed with the Court.

Dated this 22nd day of September, 2026.

DH Cooprider

Danny H. Cooprider, *In Propria Persona*

CERTIFICATE OF SERVICE

I certify that on the date stated above I filed the foregoing with the Clerk of the Court in person, and served a copy on counsel for Defendants by U.S. mail, postage prepaid, and by email addressed to: R. Ryan Womack, Provident Law, 16100 N. 71st Street, Suite 350, Scottsdale, AZ 85254; fileclerk@providentlawyers.com; ryan.womack@providentlawyers.com.

DH Cooprider

Danny H. Cooprider 9/22/2026