PROVIDENT LAW

R. Ryan Womack, SBN 029573
Timothy J. Watson, SBN 018685
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
Telephone: (480) 388-3343
Facsimile: (602) 753-1270
For E-Service and Court Use Only: fileclerk@providentlawyers.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Danny H. Cooprider<br><br>Plaintiff,<br><br>vs.<br><br>Canyon Capital Fund LLC, A Wyoming Limited Liability Company; Alex Wilkins, An Individual; John Does 1-10; And Roe Entities 1-10,<br><br>Defendants. | Case No. CV26-4666-PHX-JJT<br><br>**NOTICE OF ASSOCIATION OF COUNSEL WITHIN FIRM**<br><br>(Assigned to Judge John J. Tuchi) |

Defendants Canyon Capital Fund LLC, a Wyoming limited liability company ("Canyon Capital") and Alex Wilkins, an individual (collectively, "Defendants") file their *Notice of Association of Counsel within the Firm*, pursuant to LRCiv 83.3. Timothy J. Watson, Esq., of Provident Law, hereby enters an appearance and associates as additional counsel of record for Defendants' Canyon Capital Fund LLC and Alex Wilkins. Timothy J. Watson is a member in good standing of the Arizona Bar (Bar No. 018685) and is admitted

PROVIDENT LAW

PROVIDENT LAW

to practice before this Court.

Timothy J. Watson is associated with the same law firm as existing counsel of record, R. Ryan Womack. Existing counsel will remain counsel of record in this matter.

Please direct copies of all future pleadings, notices, and other papers to the associating attorney, in addition to existing counsel of record, to the following address:

Timothy J. Watson, Esq.
Arizona Bar No. 018685
Provident Law
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
Telephone: (480) 388-3343
Email: Tim@providentlawyers.com

**RESPECTFULLY SUBMITTED** this day of October 1, 2026.

**PROVIDENT LAW®**

R. Ryan Womack, Esq.
Timothy J. Watson, Esq.
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
*Attorney for Defendants*

**Certificate of Service**

I certify that on September 30, 2026, I filed this document via the Court's CM/ECF filing system and transmitted the same via email and first-class mail to:

Danny H. Cooprider
1703 W. Rovey Ave.
Phoenix, AZ 85015
dhcooprider@gmail.com
*Plaintiff, In Propria Persona*

*/s/ Alana Maaele*

PROVIDENT LAW