PROVIDENT LAW

R. Ryan Womack, SBN 029573
Timothy J. Watson, SBN 018685
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
Telephone: (480) 388-3343
Facsimile: (602) 753-1270
For E-Service and Court Use Only: fileclerk@providentlawyers.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| Danny H. Cooprider<br><br>Plaintiff,<br><br>vs.<br><br>Canyon Capital Fund LLC, A Wyoming Limited Liability Company; Alex Wilkins, An Individual; John Does 1-10; And Roe Entities 1-10,<br><br>Defendants. | Case No. CV26-4666-PHX-JJT<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to Judge John J. Tuchi) |

In compliance with LRCiv 5.2, Defendants Canyon Capital Fund LLC, a Wyoming limited liability company ("Canyon Capital") and Alex Wilkins, an individual (collectively, "Defendants") provide notice that on October 1, 2026, Defendants served *Defendants' Response to Plaintiff's First Requests for Admissions to Defendant Canyon Capital Fund LLC* and *Defendants' Response to Plaintiff's First Requests for Admissions to Alex Wilkins* on Plaintiff Danny H. Cooprider via first-class mail and electronic mail.

PROVIDENT LAW

**RESPECTFULLY SUBMITTED** this day of October 1, 2026.

**PROVIDENT LAW®**

R. Ryan Womack, Esq.
Timothy J. Watson, Esq.
16100 N. 71st Street, Suite 350
Scottsdale, AZ 85254
*Attorney for Defendants*

PROVIDENT LAW

**Certificate of Service**

I certify that on October 1, 2026, I filed this document via the Court's CM/ECF filing system and transmitted the same via email and first-class mail to:

Danny H. Cooprider
1703 W. Rovey Ave.
Phoenix, AZ 85015
dhcooprider@gmail.com
*Plaintiff, In Propria Persona*

*/s/ Alana Maaele*

PROVIDENT LAW