**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Danny H. Cooprider,

Plaintiff,

v.

Canyon Capital Fund LLC, *et al.*,

Defendants.

No. CV-26-04666-PHX-JJT

**ORDER**

The Court has reviewed Plaintiff's unilateral submission of discovery dispute. (Doc. 37.) It will require a response from Defendants by **Monday, November 2, 2026**. The response shall include no more than 1 page on the merits and no more than 1 page on Defendant's position as to why the parties did not meet and confer and submit a joint notice as discussed at the scheduling conference in this matter and as reflected in the Scheduling Order (Doc. 32).

**SO ORDERED.**

Dated this 29th day of October, 2026.

Honorable John J. Tuchi
United States District Judge